v.

**WORKERS' COMPENSATION APPEAL BOARD (Oley Township), Appellees.**

Supreme Court of Pennsylvania.

Argued May 13, 2004.

Decided July 20, 2004.

Robert P. Grim, Esq., Kutztown, for appellant.

Curtis Carson Creveling, Esq., Allentown, for Oley Township.

Amber Marie Kenger, Esq., Richard C. Lengler, Esq., Mechanicsburg, for Workers' Compensation Appeal Board.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2004, the issue regarding application of physician-patient privilege having been waived, this appeal is dismissed as having been improvidently granted.